| Exhibit # | United States District Court—S.D.N.Y.<br>Honorable Loretta Preska, Chief Judge<br>Hearing June 10, 2010—9:30 a.m.<br>Petitioner's Exhibits<br>Chhabra v. United States, 09 Civ. 1029 (LAP) | Page # |
|---|---|---|
| A | U.S. Department of Justice—Tax Division, Criminal Tax Manual (1994) excerpts (4-6) on plea to one year with all other years as relevant conduct | 1-6 |
| B. | $25,000 non-refundable retainer letter dated January 23, 2003 from David S. Glassman | 7-8 |
| C | May 9, 2006 early termination of probation from S.D.N.Y. | 9 |
| D | May 31, 2006 New York State Department of Health early termination of probation on medical license | 10 |
| E | October 9, 2008 reinstatement of Dr. Chhabra by HHS | 11-12 |
| F | December 15, 2008 Medicare approval | 13-14 |
| G | June 18, 2008 notification that Dr. Chhabra passed internal medicine boards | 15-16 |
| H | December 16, 2008 reinstatement for Dr. Chhabra by U.S. Office of Personnel Management | 17 |
| I | Immigration Judge decision dated August 26, 2008 | 18-23 |
| J | Board of Immigration Appeals decision dated March 9, 2010 | 24—27 |
| K | Group exhibit of letters of recommendation and commendation for Dr. Chhabra | 28-45 |
| L | Group exhibit of Dr. Chhabra's degrees and certificates | 46—54 |
| M | $25,000 non-refundable retainer check to Glassman | 55 |
| N | Group exhibit of recent patient letters | 56-59 |
|  | Petitioner also adopts government exhibits 1, 2, 3, 6, 7, 8, 9, 10, 11, 12, 14 and refers the Court to the unredacted PSR dated February 14, 2003 |  |