Thomas E. Moseley
One Gateway Center—Suite 2600
Newark, New Jersey 07102
Telephone:    (973)-622-8176
Fax:              (973)-645-9493
Email:          moselaw@ix.netcom.com

June 9, 2010

<u>VIA ECF</u>

Chief Judge Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

                Re:    <u>Chhabra v. United States,
                      09 CV. 1028 (LAP)</u>

Dear Chief Judge Preska:

      Attached are copies of the Petitioner's Exhibit List and Exhibits A through N in advance of the hearing tomorrow. We have already provided copies to AUSA Masimore.

                Respectfully yours,

                ***<u>Thomas E.  Moseley</u>***

                Thomas E. Moseley

cc:    AUSA James A. Masimore (VIA  ECF)