

CORPORATE HEADQUARTERS

1979 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1002
516-326-7767 EXT 234 · FAX 516-326-7462
WEB SITE  WWW IPRO ORG
E-MAIL  MJONES@NYQIO SDPS ORG

CORPORATE HEADQUARTERS

1979 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1002
516-326-7767 FAX 516-326-2310
TTY 516-326-6162
WEB SITE AT http://www ipro org

MICHELE H. JONES
QUALITY IMPROVEMENT
PROJECT MANAGER

January 2004

Dr. Chhabra
34-29 83rd Street
Jackson Heights, NY  11372

Dear Doctor:

IPRO, the Quality Improvement Organization for New York State, is pleased to present this Certificate of Recognition to your practice. We would like to acknowledge your commitment to improve the quality of care for Medicare beneficiaries in the areas of diabetes, mammography and immunizations. We appreciate your ongoing work with IPRO, and specifically with Michele Jones, Project Manager, to ensure that your patients receive the highest quality of care.

We hope that you will display this certificate so that your patients will also be aware of your efforts on their behalf.

If you have any questions, please call Michele Jones at 516-326-7767, extension 234. Thank you for your continued cooperation.

Sincerely,

Alan Silver, MD, MPH
Medical Officer

*Experts in Defining and Impro*



## American Red Cross

in Nassau County

195 Willis Avenue
Mineola, NY 11501-2623
Tel: (516) 747-3500
Fax: (516) 747-4029 – Executive Office
Fax: (516) 294-1304 – Health/Emergency Servic
E-mail: nassau@usa.redcross.org
www.nassauredcross.org

June 14, 2005

Nathan Reed, M.D.
Michael Babala
Medical Care Administrator
Office of Professional Medical Conduct
State of New York, Dept. of Health
433 River Street, Suite 303
Troy, NY  12180-2299

Dear Sirs,

Please be advised that Vijay Chhabra, M.D. has completed 75 hours of community
service with the American Red Cross in Nassau County as of June 14, 2005.

Dr. Chhabra has been conducting Blood Pressure Screenings and Glucose Level checks
every Tuesday from 9:00 AM through 12:00 PM at our Chapter since December 2004.
He has been most courteous and professional to our staff and guests. His ability to answer
their questions and concerns regarding medications has been a wonderful addition to our
program.

Please contact me for any additional information or questions you may have. My phone is
516-747-3500, ext. 229.

Yours in Safety,

Matthew Crimmins
Director, Health and Safety

000042

08/12/2004   15:03   7182638326   HEALTHREACH   PAGE 02

# HealthReach NY

Mr. Nathan P. Reed/Michael Babala
Medical Director
Physician Monitoring Programs
Office of Professional Medical Conduct
433 River Street, Suite 303
Troy, N.Y. 12180-2299

August 12, 2004

Dear Mr. Nathan P. Reed MD/Michael Babala:

This is to certify that Dr. Vijay K. Chhabra has performed 26 hours of community Service at HealthReach NY since November 2003 thru August 11, 2004.
HealthReach NY is a not for profit tax free organization that provides access to healthcare for the uninsured with participating physicians who provide free care and do not receive compensation.
The care delivered by Dr. Vijay K. Chhabra was appropriate and done in a dignified manner with patient satisfaction.
If you need any further information please contact us at HealthReach NY 718 263 1964

Sincerely submitted,

Joe Dwek, MD
Chairperson
HealthReach NY

Board of Directors

Chairman
Joe Dwek, MD

Board
Alic Boyds, MD
Jeff Hayer
Jordana Ladogana
Robert Lewis
Byung Um, MD
Herbert Lemperl, MC
John Manton
Aryel Nicoleau, MD
Herbert Rader, MD
Anthony Somogyl
Lloy Straus

Director
Rudy Perez MPA

000043

HEALTHREACH NY
141-23 59TH. AVENUE
FLUSHING, NY 11355
Ph: (781) 353-2760
Fax: (718) 353-9001

March 25, 2002

To Whom It May Concern:

This is to confirm that Dr. Vijay Chhabra is a member of HealthReach NY and as such has been donating his services to the medically uninsured.

HealthReach NY is a not-for-profit organization dedicated to serving the uninsured residents of Queens by providing access to a network of physicians who volunteer their services.

Dr. Chhabra has been offering his own personal services and resources to serve members of this population and does so freely and without restriction or compensation.

Truly,

Joe Dwek, M.D.
Chairman of the Board, HRNY

000044

HEALTHREACH NY
141-23 59TH. AVENUE
FLUSHING, NY 11355
Ph: (781) 353-2760
Fax: (718) 353-9001

March 25, 2002

To Whom It May Concern:

This is to confirm that Dr. Vijay Chhabra is a member of HealthReach NY and as such has been donating his services to the medically uninsured.

HealthReach NY is a not-for-profit organization dedicated to serving the uninsured residents of Queens by providing access to a network of physicians who volunteer their services.

Dr. Chhabra has been offering his own personal services and resources to serve members of this population and does so freely and without restriction or compensation.

Truly,

Joe Dwek, M.D.
Chairman of the Board, HRNY

# THE UNIVERSITY OF THE STATE OF NEW YORK

## EDUCATION DEPARTMENT



BE IT KNOWN THAT

## VIJAY KUMAR CHHABRA

HAVING GIVEN SATISFACTORY EVIDENCE OF THE COMPLETION OF PROFESSIONAL AND OTHER REQUIREMENTS PRESCRIBED BY LAW IS QUALIFIED TO PRACTICE

## MEDICINE AND SURGERY

### IN THE STATE OF NEW YORK

IN WITNESS WHEREOF THE EDUCATION DEPARTMENT GRANTS THIS LICENSE

UNDER ITS SEAL AT ALBANY, NEW YORK

THIS FIRST DAY OF JULY, 1983.

PRESIDENT OF THE UNIVERSITY
AND COMMISSIONER OF EDUCATION

**LICENSE NUMBER**
154835

# THE AMERICAN BOARD OF INTERNAL MEDICINE

INCORPORATED 1936

ATTESTS THAT

## Vijay Kumar Chhatra

HAS MET THE REQUIREMENTS OF THIS BOARD AND IS HEREBY

CERTIFIED FOR THE PERIOD 2008 THROUGH 2018

AS A DIPLOMATE IN

## INTERNAL MEDICINE

000047

# EDUCATIONAL COMMISSION
## for
# FOREIGN MEDICAL GRADUATES

CERTIFIES THAT

## VIJAY KUMAR CHHABRA

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION,

SUCCESSFULLY PASSED ITS EXAMINATIONS

AND HAS BEEN AWARDED THIS CERTIFICATE.



CERTIFICATE NUMBER    311-316-4

MEDICAL EXAMINATION    JULY 25, 1979

ENGLISH EXAMINATION    JANUARY 19, 1980

DATE ISSUED    July 15, 1980

VALID THROUGH    JANUARY, 1982

PRESIDENT

EXECUTIVE DIRECTOR

000548

**OFFICE OF THE JOINT DIRECTOR AND SUPERINTENDENT J. A. GROUP OF HOSPITALS
ATTACHED TO G. R. MEDICAL COLLEGE, GWALIOR ( M. P.) INDIA**



विद्ययाऽमृत मश्नुते

# CERTIFICATE

This is to certify that **DR. VIJAY KUMAR CHHABRA**

son / ~~daughter~~ of Shri **PRITHVI RAJ CHHABRA** has worked as a

Resident House Officer in the Department of **MEDICINE**

G. R. Medical College, Gwalior, M. P. for period of **6 months** from **18t oct. 1978**

to **31st Mar. 1979** During this period he / ~~she~~ was assigned routine and emergency

duties in various sections of the department including O. P. D., **Medical wards,**
**Infectious ward, Skin & V.D., Tuberculosis**
**and Neurology.**

His / ~~Her~~ performance has been **Good.**

He / ~~She~~ bears **Good moral Character.**

Any Special Remarks **Nil.**

Gwalior

Dated : April 24, 79    Prof. & Head of Dept.
G. R. Medical College

PROFESSOR & HEAD OF THE
DEPARTMENT OF MEDICINE
G. R. MEDICAL COLLEGE
GWALIOR, M. P.

Joint Director & Supdt.
Group of Hospitals, Gwalior
& Superintendent,
I. A. Group of Hospitals Gwalior (M. P.)

34
2.4.79.

000049

## Office of the Dean

# Gajra Raja Medical College, Gwalior

No. ~~298~~ 316(Kash) Cert/ .

Dated 7 — 10 — 19 78

STATE _____ _____
BY: _____
DATED 13/3/83

### Certificate

This is to certify that Shri/ Km. DR VIJAY KUMAR CHHABRA has been a student of this college from _____ August _____ 19 72 to _____ July _____ 19 77 He/She passed final Professional examination in ___ July ___ 1977

He/She has completed compulsory rotating Housemanship (Internship) for a period of twelve months at this institution with effect from 1 – 10 – 1977 to 30 – 9 – 1978

His/Her conduct and character have been _____ Good _____

Any special Remarks :—

_____ Nil _____

GWALIOR

Dated:

DEAN,
G. R. Medical College
Gwalior (M.P.)



# JIWAJI UNIVERSITY

## GWALIOR

## BACHELOR OF MEDICINE AND BACHELOR OF SURGERY

This is to certify that _Vijay Kumar Chhabra_ of the Gajra Raja Medical College, Gwalior, obtained the degree of BACHELOR OF MEDICINE AND BACHELOR OF SURGERY in this University at the examination of 19 77 .

His/Her subjects at the Examination were :-

Anatomy, Physiology, Pharmacology, Pathology, Preventive and Social Medicine, Forensic Medicine and Toxicology, Medicine, Surgery, Obstetrics and Gynaecology and Ophthalmology.

He/She obtained distinction in _____✗_____

**Date :** 21st Nov., 1978.

Vice-Chancellor



# THE METHODIST HOSPITAL

BROOKLYN, N.Y.

THIS IS TO CERTIFY THAT

## Vijay Kumar Chhabra, M.D.

HAS SERVED AS

### FIRST & SECOND YEAR RESIDENT
### INTERNAL MEDICINE

AT THIS HOSPITAL FROM

*July 1, 1980 ~ June 30, 1982*

AND HAS SATISFACTORILY PERFORMED

THE DUTIES OF THAT POSITION.

IN WITNESS WHEREOF, THE UNDERSIGNED
HAVE AFFIXED THEIR SIGNATURES AND SEAL
OF THE HOSPITAL THIS 30TH DAY OF JUNE 1982.

_John E. Connolly_
PRESIDENT, BOARD OF TRUSTEES

_[signature]_
EXECUTIVE DIRECTOR

_William H. Becker, MD FCCP_
DIRECTOR, DEPARTMENT OF MEDICINE

# Catholic Medical Center of Brooklyn and Queens, Inc.

St. John's Queens Hospital
Mary Immaculate Hospital

Hospital of the Holy Family
St. Mary's Hospital of Brooklyn

Jamaica, New York

## This Certifies That

## Vijaykumar Chhabra, M. D.

has completed service as

### Second Year Medical Resident

From July 1, 1982 – June 30, 1983

and that he/she has satisfactorily performed his/her duties in conformity with the Rules and Regulations of the Hos

**In Witness Whereof,** we have affixed our signatures to this Certificate and have caused the corporate seal
to be impressed thereon this thirtieth day of June, in the year one thousand nine hundred and eighty-three.

President, Catholic Medical Center

Chairman, Board of Trustees

President, Medical Board

Vice President, Medical Affairs

Richard F. Grady, M.D.

000053

# Certificate of Completion

This certifies that **Vijay Chhabra, License: NY 154835,** has successfully completed an approved course in **Infection Control: New York State Mandatory Training** as mandated by Chapter 786 of the Laws of 1992.

This program was presented by Access Continuing Education
New York State Provider Identification: IC148
PO Box 14686, Albany, NY 12212

*Silvia Y Beasupre*

**(Signature of certifying officer)**

*Approved by the New York State Education Department*

**Other Approvals:**

**Registered Nurses:**

*Access Continuing Education, Inc.* is an approved provider of continuing nursing education by the Vermont State Nurses Association, Inc., an accredited approver by the American Nurses' Credentialing Center's Commission on Accreditation.

*Access Continuing Education, Inc.* has been accepted by the Florida Board of Nursing as a provider of continuing nursing education, provider number 50-7628.

**Dentists:**

*Access Continuing Education, Inc.* has been approved by the California State Dental Board, California State Provider Registration Number: RP 4495

**Units/Contact Hours Earned:** 3.40
**Code:** ACE1000

**Date:** 1/14/09
**Location:** Remote

00554





EXHIBIT
Petitioner
AV id

000055



April 11, 2010

Dearest Dr. Chhabra,

On this your Birthday, I have to write from my heart, for that is where you, Dr. Chhabra have resided and will always reside.

Over twenty two years ago, you were my mother's physician. She was 80 years old, spunky but not well. She had various ailments and was seeing another doctor, who had her on ten various pills and she was not getting any better. I met you in Physicians Hospital where my beloved mother was recuperating from a heart attack. Even though you were not her doctor, you would drop by, tell a funny joke, ask about her health and just bring sunshine into ICU where she spent her dreary days.

After discharge, I looked you up and took my Mother, Helena Grodzki, to see you. You put her on three medications, stabilized her and gave her twelve wonderful years of life.

If she were sick at three in the morning, all I had to do was call your service, and you would call right back and come to see her. It wasn't only my Mother that you did this for. Having lived in this neighborhood for over 40 years, I know many people. You come to see all patients at home who need you. You come, smile on your face, gentle hands to mimic your gentle voice and reassure the patient and the family that all is well, and it is.

My Mother never could have had dreamt of having a better physician. You would see her twice a day in the hospital, all the time at home as needed, and just a friendly phone call to follow up on her life in general made all the difference. Now, you are taking care of me. You are not only there for me as you were for my Mother and for so many. When I recently had my toe amputated you came twice a day to change my dressing. Not only that, but you felt worse about my digit than I did. You have the soul of a true compassionate doctor.

I cannot imagine life without your guidance and care. Nor can the many patients that depend on you daily, 24/7. You are our savior and our family. The twinkle in your eye, the "My Luv, all will be well." are what you stand for. You love us as we love you.

Julie Grodzki

EXHIBIT
Petitioner
N id

000056

February 11, 2010

Dear Dr. Chhabra,

I needed to write to you to tell you my sincere thanks and appreciation. Helene and I have been your patients since 1992. For over 18 years you have provided us kind, courteous and compassionate medical care and you always make us feel as if we are part of your family.

Last year when Helene was cooking dinner and accidentally spilled hot oil all over her arm, I had never imagined that such a severe burn could exist. She had tremendous pain and was frightened that it would never heal. You went out of your way to treat her and to heal her wound. Since it was very difficult for us to do the dressing changes you would see her in your office every other day for about a month to change her bandages. You never even charged her once for this and did this until the wound was totally healed. I never had the chance to really thank you for this and want to take this opportunity to let you know how grateful we are.

Even though it may seem surprising to others it is not to us because this is how you are. Always doing and thinking of others. We feel extremely honored and lucky that you are our doctor and friend.

Sincerely,

Martin and Helene Dumoff

May 15, 2010

Dear Dr. Chhabra,

I just wanted to drop you this note to express my thanks for your constant
compassionate care of me. Being a retired nurse, I truly understand the value of
having a family doctor that you can count on day or night. You are constantly
available to answer all my questions and sooth whatever concerns I may have about
my health. I trust your judgment and know that you will always do everything
possible to make me well.

I tell all of my friends about you and feel very comfortable and confident being in
your care.  You truly make a difference in my life each and everyday.

Sincerely,

*Flora Pathania*
Flora Pathania R. N.

000058