Thomas E. Moseley  
One Gateway Center—Suite 2600  
Newark, New Jersey 07102  
Telephone: (973)-622-8176  
Fax: (973)-645-9493  
Email: moselaw@ix.netcom.com

<u>By ECF</u>

Chief Judge Loretta A. Preska  
United States District Court  
500 Pearl Street  
New York, New York 10007

      Re: <u>Chhabra v. United States,</u>  
      <u>09 CV. 1028 (LAP)    </u>

Dear Chief Judge Preska:

 The parties would propose the following schedule for submission of post-hearing proposed findings of facts, conclusions of law and legal memoranda: 1)Petitioner's submission on or before July 6, 2010, 2)Government submission on or before July 26, 2010, and 3)Petitioner's reply, if any, on or before August 6, 2010.

      Respectfully yours,  
      ***Thomas E. Moseley***

      Thomas E. Moseley

cc: AUSA James A. Masimore (Via ECF)